

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 00.26⁵
0004279596
MAILED FROM ZIP CODE 78701
APR 23 2015

4/22/2015
JANSKY, DONALD RAY    Tr. Ct. No. 2013CR7255-W1          WR-82,977-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

RETURN TO SENDER

Contacts are being returned due to:

✓ Inmate no longer at facility          DONALD RAY JANSKY
___ Contained material                  TDC #, 1889199
___ Contraband
___ No inmate to inmate correspondence
___ Incomplete inmate information